# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WYDREICUS TERREZ DENISON**,

    Plaintiff,

v.

**M. SPRADLIN,**

    Defendant.

Civil Action No. 7:13-CV-58 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 27), entered May 8, 2014. Judge Langstaff recommends denial of Plaintiff's pending motions for summary judgment. (Docs. 12 and 15).

On May 22, 2014, Plaintiff filed his objections to the recommendation. (Doc. 30). The Court conducted a *de novo* review of the Recommendation and objections. Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objections are overruled. Plaintiff's motions for summary judgment are denied.

**SO ORDERED**, this 23rd day of May, 2014.

                        *s/ Hugh Lawson*_____
                        **HUGH LAWSON, SENIOR JUDGE**

aks